IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ADAN MARTINEZ,<br>　　*Plaintiff,*<br><br>v.<br><br>THE HUNTINGTON NATIONAL BANK,<br>DOVENMUEHLE MORTGAGE, INC.,<br>AND JPMORGAN CHASE BANK,<br>NATIONAL ASSOCIATION<br>　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C. A. NO.: _____<br><br><br><br>JURY DEMANDED |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Please take notice that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, THE HUNTINGTON NATIONAL BANK, Defendant herein, removes to this Court the state court action pending in the 343rd Judicial District Court of San Patricio County, Texas. THE HUNTINGTON NATIONAL BANK invokes this Court's diversity jurisdiction, on the grounds explained below.

I.
BACKGROUND

1.　Plaintiff ADAN MARTINEZ ("Plaintiff") originally filed suit against Defendants THE HUNTINGTON NATIONAL BANK ("Huntington"), DOVENMUEHLE MORTGAGE, INC., and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION in the 343rd Judicial District Court of San Patricio County, Texas, bearing Cause No. S-24-5273CV-C on April 30, 2024. Plaintiff alleges breach of contract, violations of the Texas Transportation Code and Texas Finance

Code, unjust enrichment, negligence, and conversion. Plaintiff's Original Petition is attached hereto within *Exhibit B*.

2.   State Farm was served with process on May 8, 2024. *Exhibit B*. This Notice of Removal is timely filed within 30 days of service of process on Defendant. 28 U.S.C. § 1446(b).

3.   The 343rd Judicial District Court of San Patricio County, Texas, is located within the Southern District of Texas, Corpus Christi Division. Venue is proper under 28 U.S.C. § 84 (a) because this is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441 (a).

4.   No previous application has been made for the relief requested herein.

5.   In accordance with 28 U.S.C. § 1446(a) and (d), a true and correct copy of all state court pleadings filed in this matter, including an index, civil cover sheet, and service of process, are attached hereto.

6.   In accordance with 28 U.S.C. § 1446(d), Huntington will promptly provide written notice of removal of the State Court Action to Plaintiff and will promptly file a copy of this Notice of Removal with the Clerk of Court for San Patricio County, Texas.

## II.
## JURISDICTION

7.   Removal of the State Court Action to this Court is proper pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b) because: (1) there is complete diversity between Plaintiff and each defendant, and (2) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

   A.   Complete Diversity

8.   Plaintiff's Original Petition indicates that ADAN MARTINEZ is an individual domiciled in San Patricio County, Texas. *Exhibit B*. Pursuant to 28 U.S.C. § 1332(a), Plaintiff is a citizen of the State of Texas.

9. THE HUNTINGTON NATIONAL BANK is a corporation organized under the laws of Ohio and headquartered in Columbus, Ohio. Therefore, Huntington is a citizen of Ohio pursuant to 28 U.S.C. § 1332(c).

10. Upon information and belief, and as alleged in the Petition, DOVENMUEHLE MORTGAGE, INC. is a corporation organized under the laws of Delaware and headquartered in Lake Zurich, Illinois. Therefore, DOVENMUEHLE MORTGAGE, INC. is a citizen of Delaware and Illinois pursuant to 28 U.S.C. § 1332(c). As of the date of this filing, DOVENMUEHLE has not yet appeared in the litigation.

11. Upon information and belief, and as alleged in the Petition, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION is organized under a national charter and headquartered in Columbus, Ohio. Therefore, JPMORGAN CHASE BANK is a citizen of Ohio pursuant to 28 U.S.C. § 1332(c). As of the date of this filing, JPMORGAN CHASE BANK has not yet appeared in the litigation.

12. Accordingly, there is complete diversity between the properly joined parties pursuant to 28 U.S.C. § 1332(a).

    B.    <u>Amount in Controversy Exceeds $75,000.00</u>

13. This case arises from a $75,603.03 payment that Plaintiff allegedly made to Huntington. *Exhibit B*. Plaintiff seeks recovery of "actual and/or economic damages and/or compensatory damages and/or consequential damages, and all other damages that are recoverable under Texas and federal law, including reliance and restitution damages." Ex. B, par. 33

14. In his Original Petition, Plaintiff seeks a maximum monetary amount of 250,000.00, however, this amount *excludes* interest, statutory or punitive damages and penalties, and attorney fees and costs. *Exhibit B*.

15. Plaintiff specifically seeks attorneys' fees under Tex. Civ. Prac. & Rem. Code § 38.0001. Ex. B, (VIII).14. Specifically, Plaintiff alleges he is entitled to all costs through trial and appeal. Ex. B, par. 35.

16. Plaintiff's Original Petition shows that Plaintiff's claims exceed $75,000.00 excluding interest and costs. The amount in controversy requirement is satisfied pursuant to 28 U.S.C. 1332(a) and § 28 U.S.C. § 1446(c)(2)(A)-(B).

### III.
### VENUE

17. The Southern District of Texas, Corpus Christi Division is the proper venue in which to remove this cause of action. This action was pending in the 343rd Judicial District Court of San Patricio County, Texas, which is embraced by the Southern District of Texas, Corpus Christi Division.

### IV.
### EXHIBIT INDEX

**Exhibit A**   Index of Matters Being Filed;

**Exhibit B**   All executed process in this case, including copies of:
Plaintiff's Original Petition, Requests for Issuance of Citation, Certificates of Service, and The District Clerk's Docket Sheet;

**Exhibit C**   List of All Counsel of Record;

**Exhibit D**   Civil Cover Sheet

**Exhibit E**   Consent to Removal by JPMorgan Chase Bank, National Association and Dovenmuehle Mortgage, Inc.

## V.
## CONSENT

18. JPMORGAN CHASE BANK, NATIONAL ASSOCIATION consents to the removal of this cause of action, from the 343rd Judicial District Court of San Patricio County, Texas to the Southern District of Texas, Corpus Christi Division, pursuant to 28 U.S.C. § 1441(a). See, Exhibit E.

19. Upon information and belief, DOVENMUEHLE MORTGAGE, INC. consents to the removal of this cause of action, from the 343rd Judicial District Court of San Patricio County, Texas to the Southern District of Texas, Corpus Christi Division, pursuant to 28 U.S.C. § 1441(a). See, Exhibit E.

## VI.
## CONCLUSION

20. Removal of this cause of action under 28 U.S.C. § 1441(a) is proper as the district courts of the United States have original jurisdiction over the matter pursuant to 28 U.S.C. § 1332, and as all requirements for removal under 28 U.S.C. § 1446 have been met.

**PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, Defendant THE HUNTINGTON NATIONAL BANK prays that the state court action be removed and placed on this Court's docket for further proceedings as though it had originated in this Court and that this Court issue all necessary orders. Defendant further requests any additional relief to which it may be justly entitled. Date: June 3, 2024.

*[signature on next page]*

Respectfully submitted,

**DINSMORE & SHOHL LLP**

  /s/      Sarah R. Smith
Sarah R. Smith
*Attorney-In-Charge*
Texas State Bar No. 24056346
Southern District No. 1196616
Sarah.smith@dinsmore.com
12 Greenway Plaza, Suite 1100
Houston, Texas  77046
Telephone:  346-293-7843

**ATTORNEY FOR DEFENDANT
THE HUNTINGTON NATIONAL BANK**

## CERTIFICATE OF SERVICE

This is to certify that on this 3rd day of June, 2024, a true and correct copy of the foregoing pleading has been served on all counsel of record as indicated:

*Via eService*

Denny Barre
1001 Third Street, Suite 1
Corpus, Christi, Texas 78404
T: (361) 884-4981
dbarre@albmlaw.com

Andrew W. Schuster
1001 Third Street, Suite 1
Corpus, Christi, Texas 78404
T: (361) 884-4981
aschuster@ albmlaw.com
*Attorneys for Plaintiff*

  /s/ Sarah R. Smith
SARAH R. SMITH